## Czarnecki David

**From:** [Redacted]
**Sent:** Friday, November 3, 2023 10:09 AM
**To:** Rupe Quinn R
**Subject:** RE: two weeks notice

Yes, that works. Thank you!

**From:** Rupe Quinn R <Quinn.R.Rupe@irs.gov>
**Sent:** Friday, November 3, 2023 9:58 AM
**To:** [Redacted]irs.gov>
**Subject:** RE: two weeks notice

We can do it Tuesday?  That way you don't have to make an extra trip into the office?

**From:** [Redacted]@irs.gov>
**Sent:** Thursday, November 2, 2023 3:01 PM
**To:** Rupe Quinn R <Quinn.R.Rupe@irs.gov>; QUINRUPE@LIVE.COM
**Cc:** [Redacted]
**Subject:** RE: two weeks notice

Hi Quinn,
You do not need to go into HRConnect and resign. This letter of resignation has been accepted and all we need to do is collect your equipment and Smart ID. Please let me know a good time to do that. Once again, I wish you the best of luck.

[Redacted]
Manager Team 504
OAMC International
[Redacted]-5244
7:30 am – 4:00 pm MT

**From:** Rupe Quinn R <Quinn.R.Rupe@irs.gov>
**Sent:** Tuesday, October 31, 2023 10:10 AM
[Redacted]@irs.gov>
**Subject:** two weeks notice

[Redacted]

I'm getting sick of the service, and probably have been for some time...I'm not being too efficient anyways.  I'm giving my two-weeks of notice to resign from the IRS.  Nothing has been the same since I started, and in any other industry, I get a pay increase for the increase of experience, knowledge, and duties being performed.  I'm sick of the DOT taking advantage and exploiting me for the past years in which I have given my time to assist in providing our taxpayers its finest of customer service.  I make $28.08/hr working here, and was making an avg of $42/hr doing my previous position in the workforce.  I'm tired of the constant monitoring and feeling micro-managed.  Not by you, but the chain of command.  I'm mentally brain dead from all the information that the IRS assumes that you can consume, contain, and provide.  Their training and skill-up courses are inadequate for what they grade and review us on.  I hate having the possibility of not having a job, because of the political powers in which be.  I've also applied for numerous positions for

which I'm completely qualified for, if not over-qualified, and still reside at a PoS rate of GS-08/05.  Which I should already should be listed as a GS 13, in which people are favored and move to the top.  I'm just completely fed up.  Thanks for being the manager in which I truly felt blessed to have.  But I can no longer handle the exploitation of the service's ways.  So this is my final notice and email to advise whomever needs this document of evidence, that I no longer expect and want to be employed by the wastefulness of the government.  I'll be handing in my badge and tools no later than 11-14-23.

Sinc
erely,

Quinn Rupe